**2006–0789.   State ex rel. Lanham v. Smith.**
In Mandamus. On respondents' answer and motion for judgment on pleadings and relator's motions to strike answer of respondents, for judgment on the pleadings, and for sanctions for frivolous action. Relator's and respondents' motions are denied. Alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X: The parties shall file any evidence they intend to present within 20 days of the date of this entry, relator shall file his brief within ten days of the filing of the evidence, respondents shall file their brief within 20 days after the filing of relator's brief, and relator may file a reply brief within seven days after the filing of respondents' brief.

**2006–0988.   State v. McIntosh.**
Montgomery App. No. 21093, 2006-Ohio-1815. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2006–0151, *State v. Carswell,* Warren App. No. CA2005–04–047, 2005-Ohio-6547; cause consolidated with 2006–0987, *State v. McIntosh,* Montgomery App. No. 21093, 2006-Ohio-1815; and briefing schedule stayed.

**2006–1024.   State v. Phillips.**
Montgomery App. No. 21128, 2006-Ohio-1607. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2006–0151, *State v. Carswell,* Warren App. No. CA2005–04–047, 2005-Ohio-6547; cause consolidated with 2006–0949, *State v. Phillips,* Montgomery App. No. 21128, 2006-Ohio-1607; and briefing schedule stayed.

**2006–1043.   State v. Medina.**
Franklin App. No. 05AP–664, 2006-Ohio-1648. On motion for leave to file delayed appeal. Motion granted.
RESNICK and LANZINGER, JJ., dissent.

**2006–1045.   State v. Williams.**
Montgomery App. No. 19963, 2005-Ohio-3172. On motion for leave to file delayed appeal. Motion denied.

**2006–1055.   State ex rel. Rashada v. Pianka.**
Cuyahoga App. No. 87450, 2006-Ohio-2584. On motion for temporary restraining order. Motion denied.

**2006–1068.   State v. Jackson.**
Butler App. No. CA2005–02–033, 2006-Ohio-1147. On motion for leave to file delayed appeal. Motion granted.
RESNICK, J., dissents.

**2006–1071.   State v. Rodgers.**
Franklin App. No. 05AP–446, 2006-Ohio-1528. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**2006–1091.   State v. Wright.**
Defiance App. No. 4–04–18. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2006–1122.   State v. Ward.**
Greene App. No. 2005–CA–75, 2006-Ohio-1407. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2006–0151, *State v. Carswell,* Warren App. No. CA2005–04–047, 2005-Ohio-6547; cause consolidated with 2006–0905, *State v. Ward,* Greene App. No. 2005–CA–75, 2006-Ohio-1407; and briefing schedule stayed.

**2006–1134.   State v. Williams.**
Montgomery App. No. 20271, 2005-Ohio-1597. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.